| | | |
|---|---|---|
| People v Dean | App Div, 4th Dept, 6/1/16 (Ontario) | denied reconsideration 11/28/16 (Garcia, J.) |
| People v DeJesus | App Term, 1st Dept: 52 Misc 3d 138(A) (Bronx) | denied 11/21/16 (Stein, J.) |
| People v Dennis | 2d Dept: 141 AD3d 730 (Kings) | denied 11/22/16 (Fahey, J.) |
| People v Dorn | 2d Dept: 140 AD3d 898 (Suffolk) | denied 11/14/16 (Garcia, J.) |
| People v Dove | App Div, 2d Dept: 2016 NY Slip Op 85483(U) (Kings) | dismissed 11/28/16 (Fahey, J.) |
| People v Drinkwine | 2d Dept: 142 AD3d 1103 (Queens) | denied 11/30/16 (Fahey, J.) |
| People v Dumbuya | 1st Dept: 142 AD3d 922 (NY) | denied 11/28/16 (Rivera, J.) |
| People v English | 2d Dept: 142 AD3d 1103 (Queens) | denied 11/17/16 (Stein, J.) |
| People v Epakchi | App Term, 2d Dept, 9th & 10th Jud Dists: 52 Misc 3d 134(A) (Suffolk) | granted 11/30/16 (DiFiore, Ch. J.) |
| People v Flores | 2d Dept: 140 AD3d 1085 (Queens) | denied 11/23/16 (DiFiore, Ch. J.) |
| People v Fogel | App Div, 2d Dept: 2016 NY Slip Op 81847(U) (Queens) | dismissed 11/10/16 (Abdus-Salaam, J.) |
| People v Fuentes | 4th Dept: 140 AD3d 1656 (Onondaga) | denied 11/14/16 (Garcia, J.) |
| People v Gibson | 4th Dept: 140 AD3d 1786 (Niagara) | denied 11/23/16 (DiFiore, Ch. J.) |
| People v Glover | App Div, 2d Dept: 2016 NY Slip Op 81181(U) (Queens) | dismissed 11/8/16 (Garcia, J.) |
| People v Godfrey | 2d Dept: 142 AD3d 1184 (Kings) | denied 11/30/16 (Fahey, J.) |
| People v Green | 3d Dept: 141 AD3d 1036 (Albany) | denied 11/16/16 (Rivera, J.) |
| People v Hakkenberg | 3d Dept: 142 AD3d 1251 (Albany) | denied 11/23/16 (DiFiore, Ch. J.) |
| People v Hecht | 2d Dept: 142 AD3d 676 (Dutchess) | denied 11/21/16 (Stein, J.) |
| People v Hughes | App Div, 3d Dept: 2016 NY Slip Op 83626(U) (Albany) | denied 11/5/16 (Abdus-Salaam, J.) |
| People v Huling | 1st Dept: 140 AD3d 665 (NY) | denied 11/15/16 (DiFiore, Ch. J.) |
| People v Iovino | 2d Dept: 142 AD3d 561 (Richmond) | denied 11/1/16 (Fahey, J.) |
| People v Is | 3d Dept: 141 AD3d 1032 (Albany) | denied 11/30/16 (DiFiore, Ch. J.) |